UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

vs

LINC HARRIS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

MAY - 4 2005

AT_____O'CLOCK____M
LAWRENCE K. BAERMAN, Clerk
UTICA

1:04-CV-956

APPEARANCES:

LINC HARRIS
Petitioner, Pro Se
11871-052
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640

HON. GLENN T. SUDDABY
United States Attorney
Attorney for Government
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

OF COUNSEL:

RICHARD S. HARTUNIAN, ESQ.
Assistant U.S. Attorney

## O R D E R

Petitioner has filed a motion for reconsideration (Docket No. 10) of the order filed February 10, 2005. (Docket No. 9).  The Government responded.  (Docket No. 12).  The petitioner replied.  (Docket NO. 13).

Upon reconsideration, the original holding that the Booker/Fanfan decision is not retroactive to the case on collateral review is still valid.

Therefore it is

ORDERED, that

1.  The request for reconsideration is GRANTED; and

2.  The petitioner's motion is again DISMISSED.

The Clerk is directed to close the file.

IT IS SO ORDERED.

United States District Court

Dated:   May     3, 2005
             Utica, New York.